Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
**MESSING ADAM & JASMINE LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:    916.446.5297
Facsimile:    916.448.5047

Attorneys for Plaintiff BRIEN MELKONIAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIEN MELKONIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　Defendant. | Case No. 1:13-cv-01009-BAM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff BRIEN MELKONIAN and Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that Plaintiff BRIEN MELKONIAN waives all rights of appeal in connection with this action and that each party shall bear his/its own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **July 15, 2015**           /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Dated: July 14, 2015 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | |
| | By    /s/ Michael G. Woods<br>    Michael G. Woods<br>    Attorneys for Defendant COUNTY OF FRESNO |
| Dated: July 14, 2015 | MESSING ADAM & JASMINE LLP |
| | By    /s/ James W. Henderson, Jr.<br>    James W. Henderson, Jr.<br>    Attorneys for Plaintiff BRIEN MELKONIAN |
| Dated: July 3, 2015 | |
| | By    /s/ Brien Melkonian<br>    Plaintiff BRIEN MELKONIAN |

**ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefore,

IT IS ORDERED that the Complaint of Plaintiff BRIEN MELKONIAN is dismissed with prejudice and that Plaintiff BRIEN MELKONIAN has waived his right of appeal in connection with this matter. Each party shall bear his/its own costs and attorney's fees. The Clerk of the Court is instructed to close this case.